**UNITED STATES of America,
Petitioner—Appellee,**

v.

**Tho TRAN, Respondent—Appellant.**

No. 08–8559.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 26, 2009.

Tho Tran, Appellant Pro Se. David T. Huband, Bureau of Prisons, Butner, North Carolina, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tho Tran appeals the district court's order denying his motion requesting a furlough under 18 U.S.C. § 4243(h)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Tran,* No. 5:01–hc–00833–BR (E.D.N.C. Nov. 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*